**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In re:<br>    JEFF DAVIS HINKEL SR<br>    DINAH LEA HINKEL<br>        Debtor(s) | Case No. 08-40113-R |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Janna L. Countryman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/23/2008.

2) The plan was confirmed on 08/29/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/01/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/28/2012.

5) The case was completed on 01/07/2013.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $54,398.00.

10) Amount of unsecured claims discharged without payment: $3,583.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $121,912.00 |
| Less amount refunded to debtor | $6,410.49 |

**NET RECEIPTS:** $115,501.51

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $9,982.34 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $12,482.34

Attorney fees paid and disclosed by debtor:   $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BECKET & LEE, LLP | Unsecured | 5,230.00 | 5,423.88 | 5,423.88 | 5,423.88 | 0.00 |
| BILL ME LATER | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| CITY OF FRISCO | Secured | NA | 3,253.20 | 3,253.20 | 3,253.20 | 372.31 |
| COLLIN COUNTY TAX ASSESSOR | Secured | 1,627.00 | NA | NA | 0.00 | 0.00 |
| DENTON COUNTY | Secured | NA | 1,747.95 | 1,747.95 | 1,747.95 | 23.44 |
| DENTON COUNTY TAX COLLECTOR | Secured | 853.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 6,811.00 | 7,306.13 | 7,306.13 | 7,306.13 | 0.00 |
| ECAST SETTLEMENT CORP. | Secured | 2,768.00 | 2,767.17 | 945.00 | 945.00 | 6.32 |
| ECAST SETTLEMENT CORP. | Unsecured | NA | 875.64 | 875.64 | 875.64 | 0.00 |
| ECAST SETTLEMENT CORP. | Unsecured | NA | 0.00 | 1,822.17 | 1,822.17 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 2,900.00 | 2,987.77 | 2,987.77 | 2,987.77 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,525.00 | 1,574.50 | 1,574.50 | 1,574.50 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 6,520.00 | 4,679.99 | 4,679.99 | 4,679.99 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 11,550.00 | 12,084.02 | 12,084.02 | 12,084.02 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 9,079.00 | 9,624.49 | 9,624.49 | 9,624.49 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 8,234.00 | 8,635.88 | 8,635.88 | 8,635.88 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Secured | 17,815.00 | 17,453.10 | 17,453.10 | 0.00 | 0.00 |
| FRISCO ISD | Secured | NA | NA | NA | 0.00 | 0.00 |
| FRISCO ISD | Secured | 4,678.00 | 4,729.44 | 4,729.44 | 4,729.44 | 103.12 |
| GARY B. WATTS, MD | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 34,084.00 | 1,550.27 | 1,550.27 | 1,550.27 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 1,112.95 | 1,112.95 | 1,112.95 | 0.00 |
| JOHN ALLEN DDS | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,797.10 | 1,797.10 | 1,797.10 | 0.00 |
| MAY FINN MD DDS | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 8,259.00 | 8,804.71 | 8,804.71 | 8,804.71 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 3,179.00 | 3,309.43 | 3,309.43 | 3,309.43 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Unsecured | 13,995.00 | 14,294.17 | 14,294.17 | 14,294.17 | 0.00 |
| RESOURCE ONE CREDIT UNION | Secured | 49,724.00 | 49,515.40 | 49,515.40 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SYSTEMS & SERVICES TECHNOLOG' | Unsecured | 4,774.00 | 5,185.70 | 5,185.70 | 5,185.70 | 0.00 |
| TEXANS CREDIT UNION | Secured | 4,488.00 | 3,881.28 | 3,881.28 | 0.00 | 0.00 |
| TOPAZ EMERGENCY PHYSICIANS | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 643.00 | 769.59 | 769.59 | 769.59 | 0.00 |
| VERIZON WIRELESS | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| WACHOVIA MORTGAGE | Secured | 313,508.00 | 305,836.25 | 305,836.25 | 0.00 | 0.00 |
| WELLNESS IN SLEEP | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Secured | NA | 40,438.29 | 40,438.29 | 0.00 | 0.00 |
| WISE REGIONAL HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $355,351.65 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $57,891.39 | $0.00 | $0.00 |
| All Other Secured | $14,556.87 | $10,675.59 | $505.19 |
| **TOTAL SECURED:** | **$427,799.91** | **$10,675.59** | **$505.19** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,112.95 | $1,112.95 | $0.00 |
| **TOTAL PRIORITY:** | **$1,112.95** | **$1,112.95** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$90,725.44** | **$90,725.44** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $12,482.34 |
| Disbursements to Creditors | $103,019.17 |
| **TOTAL DISBURSEMENTS:** | **$115,501.51** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/27/2013                           By: /s/ Janna L. Countryman
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Standing Trustee's Final Report and Account has been served upon the following parties in interest by mailing a copy of same to them via first class mail on the date set forth below.

JEFF DAVIS HINKEL SR
DINAH LEA HINKEL
8302 HAMILTON LANE
FRISCO, TX  75034

RUBIN & ASSOCIATES, PC
13601 PRESTON ROAD
SUITE 500E
DALLAS, TX  75240-4964


Dated:   June 27, 2013                         /s/ Janna L. Countryman
                                               Office of the Standing Chapter 13 Trustee


**UST Form 101-13-FR-S (9/1/2009)**